# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-15-00517-CV

**Bulltiger, Inc. and Stephen Brent Jenkins, Appellants**

**v.**

**Motus Digital, LLC, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. C-1-CV-15-003949, HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Bulltiger, Inc. and Stephen Brent Jenkins filed their notice of appeal on August 17, 2015. On November 4, 2015, the Clerk of this Court notified appellants that their brief was overdue and that this appeal was subject to dismissal for want of prosecution if they failed to file their brief or respond to the notice by November 16, 2015. To date, appellants have neither filed their brief nor responded to this Court's notice. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c).

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Pemberton and Field

Dismissed for Want of Prosecution

Filed:   November 24, 2015